E-FILED
Monday, 06 March, 2017  11:44:58 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Filed in PCC and E-Mailed
2-6-17 (date) by HS (initials)
15 (# of pages)

Derrick Jones

**Plaintiff**

vs.

Warden michael Melvin, Major
Susan K Prentice, _____, C.
C. Botte, Nurse georgia, LT
R. D. Allen,

**Defendant(s)**

)
)
)
)
)Case No. _____
)
)
)
)
)
)

## COMPLAINT

■42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐Other

_____

—

*Please note:  This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Derrick Jones , and states as follows:

My current address is: 700 W. Lincoln street, P.O. Box 99
Pontiac, IL 61764

The defendant michael Melvin , is employed as Warden
at Pontiac. C.C

The defendant Susan.K Prentice , is employed as Major
at Pontia C.C

The defendant __C. Bolte__, is employed as __Correctional Officer__ at __Pontiac C.C__

The defendant __R.D. Allen__, is employed as __LT.__ at __Pontiac C.C__

(revised 9/96)

The defendant __MS. georgia__, is employed as __Nurse__ at __Pontiac C.C__

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?          Yes      ☐      No   ■

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes      ☐      No   ■

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

   _____

   2. Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge

4. Basic claim made

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it    still pending?)

6. Approximate date of filing of
lawsuit

7. Approximate date of disposition

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes  ☒    No  ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes  ☒
No  ☐    If your answer is no, explain why not

C. Is the grievance process completed?    Yes  ☒    No  ☐

*PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY*

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS*
*OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE*
*ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS*
*RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence _Pontiac C.C_

Date of the occurrence _Jan. 13, 2017_

Witnesses to the occurrence _I'm Zachary Swaming ID# M50002 I'm Darnell Anderson_
*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*   _ID# M39065_
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.*
*Unrelated claims should be raised in a separate civil action.*
    THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

On 1-13-17 I passed out in my cell in North cell house
Cell # 350 when I got up I notice a larg amount of blood on the
floor and a huge bump on my forhead I was in unbearable
pain and asked for medical Attention wich on first Shif on 7-3
shift I was denied by major Susan.K. Prentice, LT R.D. Allen
who where informed about the situation on my medical treat
ment, By second shift 3-11 I was still bleeding from my
nose and informed C/o C. Bolte, and nurse georgia who
Also knew about my situation with medical treatment
and denied after repeatly informing them about my
bleeding nose and unbearable pain in my neck and
back, I later informed the warden michal Melvin
three days later under an emergency Grievance due
to the unbearable pain that has yet to stop worsing and

Situation that took place on 1-13-17 and he told me
it is not an emergancy.

I am an (SMI) offender according to the RASHO SMI lawsuite
of 2016, and due to my highest grade level in school wich is
10th grade and due to my lack of Knowlage to civil law I
respectfuly ask the courts to take this in consideration
in hearing my complaint.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

I am respectfuly asking the courts grant me $70,000 in pain and Suffering, $50,000 in emotional destress and $100,000 for deliberately indifferent to medical meed, crul and unusal punishment and that I be seen by a back/neck specalist to properly analize my back/neck pain, also be given some pain medication stronger then Matrin or tylonal please and god bless the coructs on there dissision.

**JURY DEMAND**        Yes ☒        No ☐

Signed this _____ day of _March 1st_____,
19 _2017_.

( *Signature of Plaintiff)*

| Name of Plaintiff: Derrick Jones | Inmate Identification Number: M48077 |
|---|---|
| Address: 700 W Lincoln Street P.O. Box 99 Pontiac Il 61764 | Telephone Number: ⊘ |

(EXhibit 4)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: _Jones_ _Derrick_ _M48077_
          Last Name        First Name         MI        ID#

Facility: _Pontiac_

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: _1/16/17_ or ☐ Correspondence: Dated: ____

Received: _1/27/17_ Regarding: _Incident 1/13/17, medical tx following_
          Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☒ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
                                                                                         Office of Inmate Issues
                                                                                         1301 Concordia Court
                                                                                         Springfield, IL   62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
                        319 E. Madison St., Suite A
                        Springfield, IL   62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
                                                  Date

☐ No justification provided for additional consideration.

---

Other (specify): _____

---

Completed by: ____Sarah Johnson____          _Sarah Johnson_          _2/10/17_
                   Print Name                      Signature              Date

Distribution:  Offender
               Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev.4/2013)

**Bruce Rauner**
Governor



**John Baldwin**
Acting Director

( EXhibits

## The Illinois Department of Corrections

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

RECEIVED

JAN 2 7 2017

ADMINISTRATIVE
REVIEW BOARD

# M E M O R A N D U M

DATE:  1-21-17

TO:  Name: _Jones_  IDOC #: _48077_   m

FROM:  Grievance Officer S. Simpson
Pontiac Correctional Center

SUBJECT: Grievance(s) dated: _1/6/17_ Topic: _Medical_ Issue: _Busted nose,_
_bump in forehead._

The attached is being returned for the reason(s) listed below:

X    Contact your Correctional Counselor.  Per DR 504 Grievances, "A committed person shall first
attempt to resolve incidents, problems or complaints, other than complaints concerning
disciplinary proceedings, through his counselor".

_____    Use proper Committed Person's Grievance (DOC 0046).

_____    Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

_____    Forward grievance directly to the Administrative Review Board (protective custody, enforced
medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's
Office, decisions rendered by the Director).

_____    Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be
addressed further.  Discovery date of incident, occurrence, or problem: _____.

_____    Unable to determine nature of grievance/correspondence.  Submit additional specific
information.

_____    Illegible copy submitted – submit legible copy for consideration.

_____    Request restoration of GCC, segregation time cut, grade restoration to the Adjustment
Committee.  If request is denied, utilize the grievance process for further consideration.

Page 1 of 2

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in
offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**