042730/19344/JNR/DSF

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DERRICK JONES,<br><br>        Plaintiff,<br><br>v.<br><br>WARDEN MICHAEL MELVIN, MAJOR SUSAN K. PRENTICE, C/O C. BOLTE, NURSE GEORGIA and LT. R.D. ALLEN,<br><br>        Defendants. | Case Number  17-cv-1100 |

## STIPUATION FOR DISMISSAL

NOW COME the parties; plaintiff Derrick Jones, by his attorney, Melinda Longford Power; defendants, Richard Allen, Christian Botle, and Susan Prentice, by their attorney, Kwame Raoul, Attorney General of the State of Illinois; and defendant, Georgia Papineau, by her attorneys, Cassiday Schade LLP, and, pursuant to Rule 41(2)(I)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice and with each party to bear their own costs.

By: /s/ Melinda Longford Power, with consent
Melinda Longford Power for plaintiff
Derrick Jones

By: /s/ Maria D. Gray, with consent
Maria D. Gray for defendants, Richard Allen,
Christina Bolte and Susan Prentice

By: /s/ Terence J. Corrigan
Terence J. Corrigan for Defendant, Georgia
Papineau

Terence J. Corrigan
ARDC No. 6191237
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
tcorrigan@cassiday.com

9210312 TCORRIGA;MCOVEY